David L. Fiol [SBN: 203546]
dfiol@brentfiol.com
BRENT & FIOL, LLP
1000 Fourth Street, Suite 550
San Rafael, CA  94901
Tel: 415.839.8370

Attorneys for Plaintiff SUNEEL KUMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNEEL KUMAR,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF CONTRA COSTA, CONTRA COSTA SHERIFF'S DEPUTY VALENTINE, CONTRA COSTA SHERIFF'S DEPUTY PICKETT, and DOES 1-10,<br><br>　　　　Defendants. | CASE NO.  19-cv-00029-DMR<br><br>**NOTICE OF SETTLEMENT AND STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

　　The parties wish to inform the court that all claims against all defendants were resolved by settlement between the parties on April 23, 2019.  In light of the settlement, the parties jointly request that the court continue to a later date the Case Management Conference currently set for May 29, 2019 and vacate all other case deadlines, including the due date for responsive pleadings by defendants and for filing of Rule 26(f) reports.

　　In light of the need for preparation and execution of a release and settlement agreement and consequent approval of the settlement by the County of Contra Costa, the parties request that the new conference date be set on or after July 29, 2019.  The parties expect that plaintiff will be able to file a

Request for Dismissal by that date.

                                                Respectfully submitted,

Dated:  April 24, 2019                    BRENT & FIOL, LLP

                                                By:_____/s/_____
                                                        David L. Fiol
                                                        Attorney for Plaintiff


Dated:  April 24, 2019                    SHARON L. ANDERSON
                                                Contra Costa County Counsel

                                                By:_____/s/_____
                                                        Cameron D. Baker
                                                       Deputy County Counsel
                                                       Attorney for Defendants County of Contra
                                                       Costa, Contra Costa Sheriff's Deputy
                                                       Valentine, and Contra Costa Sheriff's
                                                       Deputy Pickett


**PURSUANT TO STIPULATION, IT IS SO ORDERED**

The Case Management Conference set for May 29, 2019 is continued to _____, 2019 at _____.  All other case deadlines and dates are vacated.


Dated:_____                                _____
                                                       Donna M. Ryu, United States Magistrate Judge